UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| STANLEY PERMENTER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 7:06-cv-01698-UWC-HGD |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |
| Defendants ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on July 5, 2007, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on July 17, 2007.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, defendants' motion for

summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE.  A Final Judgment will be entered.

Done the 31st day of July, 2007.

                                                                          _____
                                                                                          U.W. Clemon
                                                                            United States District Judge